IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| HOWARD COHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 18-cv-07902 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| RBP OAK BROOK, LLC d/b/a ) | Magistrate Judge Mary M. Rowland |
| LE MERIDIEN CHICAGO – ) | |
| OAKBROOK CENTER ) | |
| ) | |
| Defendant. ) | |

## **DEFENDANT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Defendant RBP Oak Brook LLC, by and through its undersigned counsel, makes the following disclosures pursuant to Fed. R. Civ. P. 7.1 and N.D. Ill. L. R. 3.2. RBP Oak Brook Investment Holdings LLC owns 100% of Defendant RBP Oak Brook LLC.

Dated: February 14, 2019

Respectfully submitted,
Defendant RBP Oak Brook LLC

By: /s Alexander D. Marks
One of its Attorneys

Martin H. Orlick
(*Pro Hac Vice Granted*)
JEFFER MANGELS BUTLER &
MITCHELL LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111
Phone: 415-984-9667
mho@jmbm.com
*Attorneys for Defendant RBP Oak Brook LLC*

Alexander D. Marks (*Local Counsel*)
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 N. Wabash Ave., Suite 2100
Chicago, IL 60611
Phone: 312-840-7022
amarks@burkelaw.com

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on February 14, 2019, a true and correct copy of Defendant's Fed. R. Civ. Proc. 7.1 Disclosure Statement was filed electronically using the Court's Electronic Case Filing System. A Notice of Electronic Filing will be sent by electronic mail to Plaintiff's counsel of record by operation of the Court's Electronic Filing System.

                                                     /s/ Alexander D. Marks